```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 07129
   CLEON GOREE
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6576


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/01/2005 and was confirmed 04/14/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 08/21/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
HSBC NV                  MORTGAGE ARRE    10041.51         3077.58        10041.51
MORTGAGE ELETRONIC REGIS NOTICE ONLY      NOT FILED            .00             .00
OPTION ONE MORTGAGE      CURRENT MORTG         .00             .00             .00
OPTION ONE MORTGAGE      MORTGAGE ARRE    13390.38             .00        13390.38
CHASE BANK               UNSECURED         1573.77             .00         1573.77
SEARS ROEBUCK & CO       NOTICE ONLY      NOT FILED            .00             .00
RESURGENT ACQUISITION LL UNSECURED         1210.85             .00         1210.85
HOME DEPOT               UNSECURED        NOT FILED            .00             .00
WAL MART STORES INC      UNSECURED        NOT FILED            .00             .00
WAL MART STORES INC      NOTICE ONLY      NOT FILED            .00             .00
WELLS FARGO FINANCIAL IL UNSECURED          282.33             .00           282.33
ECAST SETTLEMENT CORP    UNSECURED          951.83             .00           951.83
VERIZON                  FILED LATE          442.89            .00             .00
CHASE BANK               SECURED NOT I     3522.65             .00             .00
DENNIS G KNIPP           DEBTOR ATTY      1,575.00                         1,575.00
TOM VAUGHN               TRUSTEE                                           1,847.34
DEBTOR REFUND            REFUND                                            6,750.05

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             40,700.64

PRIORITY                                          .00
SECURED                                     23,431.89
    INTEREST                                 3,077.58
UNSECURED                                    4,018.78
ADMINISTRATIVE                               1,575.00
TRUSTEE COMPENSATION                         1,847.34
DEBTOR REFUND                                6,750.05
                    ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 07129 CLEON GOREE
```

```
TOTALS                                   40,700.64             40,700.64
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/29/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE